## People of the State of Illinois ex rel. William F. Thumm and Gottlieb Thumm, Appellees, v. Village of Lincolnwood et al., Appellants.

**Gen. No. 42,235.**

opinion filed January 25, 1943. Murphy & Pearson, for appellants; Walter W.

Pearson, John T. Murray and Lawrence L. O'Connor, of counsel; Urion, Bishop & Sladkey, for appellees; Howard F. Bishop and Robert F. Dewey, of counsel. Opinion by PRESIDING JUSTICE MATCHETT. "Not to be published in full."